B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Middle District of Florida

| | | | |
|---|---|---|---|
| In re | Taylor Marie Flemings | Case No. | 8:25-bk-05465-CPM |
| | Debtor(s) | Chapter | 7 |

## AMENDED DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    | | | |
    |---|---|---|
    | For legal services, I have agreed to accept: | $ | 1,410.00 |
    | Prior to the filing of this statement I have received | $ | 1,410.00 |
    | Balance Due | $ | 0.00 |

2. The source of the compensation paid to me was:

    ☑ Debtor    ☐ Other (specify):

3. The source of compensation to be paid to me is:

    ☑ Debtor    ☐ Other (specify):

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    Pre-Petition Services: (a) initial consultation; (b) analysis of Debtor(s)'s financial situation; (c) exemption planning; (d) file setup; (e) advise and assist Debtor(s) concerning the required credit counseling course; (f) prior case records search; (g) preparation of Debtor(s)'s "skeleton bankruptcy petition", which consists of the Voluntary Petition, Statement About Your Social Security Numbers, Creditor Mailing Matrix, and Credit Counseling Course Certificate; (h) preparation of an application to pay the court filing fee in installments, if needed; and (i) filing the skeleton bankruptcy petition and, if needed, the application to pay the filing fee in installments with the Court.

    Post-Petition Services: (a) prepare and file Debtor's Schedules A/B, C, D, E/F, G, H, I, and J, Statement of Financial Affairs, Statement of Intentions, and related documents necessary to complete Debtor(s)'s bankruptcy filing; (b) represent Debtor(s) at the 341 Meeting of Creditors, including via an appearance attorney contracted by Attorney; (c) advise and assist Debtor(s) concerning the required personal financial management course; (d) advise and assist Debtor(s) with Court and trustee requests and directives; (e) communicate and negotiate with the trustee as appropriate; (f) advise and assist Debtor(s) concerning a reaffirmation agreement with a secured creditor, if necessary; (g) send any required post-filing correspondence; (h) file suggestions of bankruptcy in Florida state courts, if necessary in Attorney's discretion to protect Debtor(s) from collection actions; and (i) enroll Debtor(s) in a post-discharge credit-rebuilding education program after all outstanding amounts owed by Debtor(s) are paid in full.

    My post-petition attorney fees shall be increased by $500.00 for each of the following additional services that I may provide in Debtor(s)'s case, if needed: (a) my appearance at each rescheduled Section 341 meeting of creditors if the meeting was rescheduled due to Debtor(s)'s failure to appear at a prior scheduled meeting; (b) Filing an amendment to Debtor(s)'s bankruptcy filing after the petition date; (c) Advising and assisting Debtor(s) concerning the avoidance of judicial liens and non-possessory, non-purchase money liens ($500.00 per lien avoidance); (d) Advising and assisting Debtor(s) concerning the redemption of personal property that is security for a debt ($500.00 per redemption).

    I will continue to represent Debtor(s) in this case even if Debtor(s) chooses not to retain me for post-petition services until the Court enters an order allowing me to withdraw from representation.

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

    **ANY SERVICES NOT DESCRIBED ABOVE, SUCH AS AN APPEAL, ADVERSARY PROCEEDING REPRESENTATION, DEFENSE OF A COMPLAINT TO DETERMINE DISCHARGEABILITY OF A DEBT, DEFENSE OF A UNITED STATES TRUSTEE MOTION TO CONVERT THIS CASE TO ANOTHER CHAPTER OR DISMISS IT AS AN ABUSIVE FILING, OR DEFENSE OF A MOTION FOR RELIEF FROM STAY.**

7. The fees described above include the court filing fee.

    If Debtor(s) have been approved to pay their court filing fee in installments, Counsel will either: (a) pay the court filing fee post-petition on

| | |
|---|---|
| In re _____ <br> *Debtor(s)* | Case No. _____ |

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
(Continuation Sheet)

behalf of Debtor(s), with Counsel to be reimbursed by Debtor(s) post-petition; or (b) collect Debtor(s)'s court filing fee installment amounts and deposit them into Counsel's IOTA client trust account to be paid by Counsel to the Court Clerk on behalf of Debtor(s) in accordance with the Court's Order Approving Application to Pay Filing Fees in Installments.  Counsel will not collect any post-petition attorney fees from Debtor(s) until the court filing fee is paid in full.

8. Counsel offered Debtor(s) two options for the payment of Counsel's fees: (1) pre-pay the fees in full prior to the chapter 7 bankruptcy petition being filed; or (2) bifurcate the attorney services into pre- and post-petition work in order to facilitate Debtor(s) in obtaining the benefit of filing sooner and making payments post-petition for the post-petition work. Debtor(s) elected the second option.  Counsel's fees for the second option are $0.00 higher than Counsel's fees for the first option despite the following reasons that would justify an increased fee for the second option:

   a. Debtor(s) benefits from filing their petition sooner than if the debtor(s) had to wait to file until after they had pre-paid the fees in full;

   b. Counsel performs additional work to bifurcate the engagement, including at least one additional meeting with the debtor(s) and, if applicable, preparing and filing Form 103A Application for Individuals to Pay the Filing Fee in Installments;

   c. Counsel's work under the second option must be performed on an expedited basis in order to meet the deadlines for filing the balance of debtor(s)' required post-petition bankruptcy forms and schedules; and

   d. Counsel takes on risk by allowing the debtor(s) to pay the fees over time after the petition is filed instead of collecting them in full pre-petition.

9. Counsel has fully informed Debtor(s) of and obtained Debtor(s)' informed consent to the bifurcation of the attorney services. Accordingly, Debtor(s) and counsel have entered into the following two separate fee agreements:

   a. The first agreement was signed by Debtor(s) and executed prior to the filing of the petition for the preparation and filing of the bankruptcy petition, statement about social security number, creditor list and other documents required at the time of filing; and review, analysis and advisement of the typical matters that are required to be performed prior to filing by a bankruptcy attorney under the applicable bankruptcy and ethical rules. Counsel's pre-petition fees under the first agreement were **$1,140.00** ($802.00 pre-petition attorney fees and **$338.00** court filing fee), of which **$1,140.00** was paid and the balance (if any) was waived by Counsel;

   b. The second agreement was signed by Debtor(s) and executed after the petition was filed for post-petition work to be performed, including: the preparation and filing of of the bankruptcy schedules, statement of financial affairs, statement of intentions, and other required documents; representation at the first meeting of creditors; and other services outlined in the engagement agreement.  Counsel's post-petition fees under the second agreement were $2,160.00.  The second agreement allowed Debtor(s) to pay these post-petition fees in installments for up to 12 months following the bankruptcy filing.  However, pursuant to a subsequent oral agreement with the Debtor, Counsel has reduced the post-petition fees to $270.00 ($0.00 court filing fee and **$270.00** post-petition attorney fees).

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| September 8, 2025 <br> *Date* | **/s/ Alvin Marshall Foreman** <br> **Alvin Marshall Foreman 0011544 Florida Bar** <br> *Signature of Attorney* <br> **Suncoast Law Office** <br> **13194 US Hwy 301 S #409** <br> **Riverview, FL 33578** <br> **727-771-5989** <br> **alvin@suncoastlawoffice.com** <br> *Name of law firm* |